# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JUSTIN ATKINS**                                                                      **PLAINTIFF**

**v.**                           **CASE NO. 2:22-CV-00022-BSM**

**DOE**                                                                              **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 3] is adopted, and Justin Atkins's complaint [Doc. No. 1] is dismissed without prejudice. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 16th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE