# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JUSTIN ATKINS**                                                                 **PLAINTIFF**

**v.**                              **CASE NO. 2:22-CV-00022-BSM**

**DOE**                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of May, 2022.


_____
UNITED STATES DISTRICT JUDGE